UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Jay Krum,

                Plaintiff,

-against-

Personal Risk Management Solutions,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2022

1:21-cv-10072 (JPO) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, the Court hereby Orders the following briefing schedule:

1. No later than March 31, 2022, Defendant shall file its motion for change of venue, pursuant to 28 U.S.C. § 1404.

2. No later than April 21, 2022, Plaintiff shall file any opposition.

3. No later than May 2, 2022, Defendant shall file any reply.

SO ORDERED.

Dated:    New York, New York
           March 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge