UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK JAY KRUM,

                      Plaintiff,

          -v-

PERSONAL RISK MANAGEMENT SOLUTIONS,

                      Defendant.

21-CV-10072 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 29, 2021, *pro se* Plaintiff Mark Jay Krum filed this action in the Supreme Court of the State of New York, Count of New York, Index No. 159860/2021. (*See* Dkt. No. 1-1 ("Compl.") ¶ 1.) The complaint asserts claims against Defendant Personal Risk Management Solutions for (i) breach of contract, (ii) insurance broker negligence, (iii) breach of fiduciary relationship and duty of loyalty, and (iv) negligent misrepresentation. (*See* Compl. ¶¶ 245-75.) Defendant removed the action to this Court on November 24, 2021. (*See* Dkt. No. 1 ("Not. of Removal").) Defendant moves to transfer the case to the District of Colorado. (*See* Dkt. No 10.)

Section 1404(a) of Title 28 of the United States Code authorizes a district court to "transfer any civil action to . . . any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Plaintiff does not oppose transfer. (*See* Dkt. No. 11 at 4.) Accordingly, Defendant's motion is granted, and this action is transferred to the District of Colorado.

The Clerk of Court is directed to transfer this case to the United States District Court for the District of Colorado. The Clerk is directed to mail this order to the *pro se* plaintiff here.

      SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                                               J. PAUL OETKEN
                                                       United States District Judge